[No. 18046-8-III. Division Three. July 27, 2000.]

*In the Matter of the Marriage of* KAREN M. EDGEL, *Respondent*, and JEFFREY B. HUBER, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 95-3-00024-7, Larry M. Kristianson, J., entered November 17, 1998. *Remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 18634-2-III. Division Three. July 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ANGEL LOZANO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-1-00537-1, Robert N. Hackett, Jr., J., entered July 27, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 18635-1-III. Division Three. July 27, 2000.]

D. ANTHONY ROBERTS, *Respondent*, v. CENTRAL WASHINGTON FAIR ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-00835-0, Michael W. Leavitt, J., entered July 9, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18546-0-III. Division Three. July 27, 2000.]

SOLUTEC CORPORATION, INC., *Respondent*, v. STEVE AGNEW, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-00234-9, Heather K. Van Nuys, J., entered May 21, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.